UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JUDSON MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>    Defendant. | Case No. 18-cv-03523-JCS<br><br>**ORDER TRANSFERRING CASE** |

For the reasons stated in this Court's previous order to show cause (dkt. 4) and Petitioner Ryan Judson Moore's response thereto (dkt. 5), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of California, where it remains subject review under 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases. The Court finds that the interest of justice favors transfer rather than dismissal.

**IT IS SO ORDERED.**

Dated: January 8, 2019

JOSEPH C. SPERO
Chief Magistrate Judge