UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN JUDSON MOORE,<br><br>Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM, Pleasant Valley State Prison,<br><br>Respondent. | No. 1:19-cv-00046-SKO (HC)<br><br>**ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

Petitioner, Ryan Judson Moore, a state prisoner proceeding with counsel, filed a habeas corpus action pursuant to 28 U.S.C. § 2254 on June 13, 2018 in the United States District Court for the Northern District of California. The case was transferred to this Court on January 10, 2019. Petitioner is challenging constitutional violations related to his trial in Solano County, which is located within the Sacramento Division of the United States District Court for the Eastern District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced.

1

Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the Sacramento Division of the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: **January 25, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE